UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| CURTIS BAKER, DAVID HENDERSON and JOE A. CEDILLO, | ) ) ) | Case No. 3:04-0839 |
| Plaintiff-Interveners, | ) ) | Judge Echols |
| v. | ) ) | |
| J. ALEXANDER'S RESTAURANT, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the Memorandum entered contemporaneously herewith, Defendant J. Alexander's Restaurant Inc.'s Motion for Summary Judgment (Docket Entry No. 13) is GRANTED IN PART and DENIED IN PART. It is GRANTED with respect to the claims made against J. Alexander's Restaurant in Memphis, Tennessee ("JAX Memphis"), but DENIED with respect to the claims made against J. Alexander's Restaurant in Franklin, Tennessee ("JAX Franklin"). Accordingly, Plaintiffs' claims against JAX Memphis are hereby DISMISSED and Plaintiffs' claims against JAX Franklin shall proceed to trial.

1

This case shall proceed to trial as scheduled on November 8, 2005, at 9:00 a.m. The Pretrial Conference is scheduled for October 17, 2005, at 1:30 p.m. (Docket Entry No. 10).

It is SO ORDERED.

_____
Robert L. Echols
United States District Judge